FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 1 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>            Plaintiff,                              )<br>                                                            )<br>   vs.                                                    )<br>                                                            )<br>JORDAN ANDRADE-VALDEZ, a.k.a.  )<br>"Jonathon,"                                        )<br>CARLOS ANDRADE-VALDEZ,          )<br>RICARDO TORRES-AYALA,             )<br>ADIR ALEJANDRO HERRERA          )<br>POSADA,                                             )<br>JUAN TREJO-MORA,                        )<br>EDGAR GAYTAN-CARRILLO,          )<br>ERNESTO VALLES-SANCHEZ, a.k.a. )<br>"Chino,"                                              )<br>WALEID AZIZEH,                              )<br>MAYRA NAVARRO-BORBOA,          )<br>AIDA OLIVAS-ORNELAS,                )<br>DAVID SAENZ-PALACIOS,              )<br>CONCEPCION GABRIELA GARCIA- )<br>AQUINO, and                                     )<br>JOSE MALDONADO-GODINA,         )<br>                                                            )<br>            Defendants.                         )<br>                                                            )<br>                                                            )<br>                                                            )<br>                                                            )<br>                                                            )<br>                                                            ) | CRIMINAL NO. 23-1623 MV<br><br>Count 1: 21 U.S.C. § 846: Conspiracy;<br><br>Counts 2, 4, 5: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Distribution of 40 Grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide);<br><br>Count 3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of Heroin;<br><br>Counts 6, 9, 10, 13: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Distribution of 400 Grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide);<br><br>Counts 7, 8: 21 U.S.C. § 860: Distribution of Fentanyl within One Thousand Feet of an Elementary School; 18 U.S.C. § 2: Aiding and Abetting;<br><br>Counts 11, 12, 14: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Distribution of 50 Grams and More of Methamphetamine. |

INDICTMENT

The Grand Jury charges:

Count 1

From a date unknown, but no later than August 19, 2020, and continuing to on or about September 19, 2023, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendants, **JORDAN ANDRADE-VALDEZ, CARLOS ANDRADE-VALDEZ, RICARDO**

TORRES-AYALA, ADIR ALEJANDRO HERRERA POSADA, JUAN TREJO-MORA, EDGAR GAYTAN-CARRILLO, ERNESTO VALLES-SANCHEZ, WALEID AZIZEH, MAYRA NAVARRO-BORBOA, AIDA OLIVAS-ORNELAS, DAVID SAENZ-PALACIOS, CONCEPCION GABRIELA GARCIA-AQUINO, and JOSE MALDONADO-GODINA, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 21 U.S.C. § 841(a)(1), specifically, distribution of a controlled substance.

<u>Quantity of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) Involved in the Conspiracy</u>

With respect to **JORDAN ANDRADE-VALDEZ, CARLOS ANDRADE-VALDEZ, RICARDO TORRES-AYALA, ADIR ALEJANDRO HERRERA POSADA, JUAN TREJO-MORA, EDGAR GAYTAN-CARRILLO, WALEID AZIZEH,** and **AIDA OLIVAS-ORNELAS**, the amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), contrary to 21 U.S.C. § 841(b)(1)(A).

<u>Quantity of Methamphetamine Involved in the Conspiracy</u>

With respect to **JORDAN ANDRADE-VALDEZ, CARLOS ANDRADE-VALDEZ, RICARDO TORRES-AYALA, ADIR ALEJANDRO HERRERA POSADA, CONCEPCION GABRIELA GARCIA-AQUINO,** and **JOSE MALDONADO-GODINA**, the amount of methamphetamine involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably

foreseeable to them, is 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, contrary to 21 U.S.C. § 841(b)(1)(A).

With respect to **MAYRA NAVARRO**, the amount methamphetamine involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, contrary to 21 U.S.C. § 841(b)(1)(B).

<u>Quantity of Cocaine Involved in the Conspiracy</u>

With respect to **JORDAN ANDRADE-VALDEZ** and **ERNESTO VALLES-SANCHEZ**, the amount of cocaine involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 500 grams and more of a mixture and substance containing a detectable amount of cocaine, contrary to 21 U.S.C. § 841(b)(1)(B).

<u>Quantity of Heroin Involved in the Conspiracy</u>

With respect to **JORDAN ANDRADE-VALDEZ** and **DAVID SAENZ-PALACIOS**, the amount of heroin involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 1 kilogram and more of a mixture and substance containing a detectable amount of heroin, contrary to 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. § 846.

<u>Count 2</u>

On or about August 19, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **JORDAN ANDRADE-VALDEZ**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 40 grams and more of a mixture and

substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

## Count 3

On or about September 29, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **JORDAN ANDRADE-VALDEZ**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 4

On or about January 11, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **RICARDO TORRES-AYALA**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 40 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

## Count 5

On or about February 16, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **RICARDO TORRES-AYALA**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 40 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

Count 6

On or about April 13, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **RICARDO TORRES-AYALA**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

Count 7

On or about September 14, 2022, in Bernalillo County, in the District of New Mexico, the defendants, **JORDAN ANDRADE-VALDEZ** and **RICARDO TORRES-AYALA**, unlawfully, knowingly and intentionally distributed a controlled substance, namely, 400 grams and more of a mixture and substance containing a detectable amount of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), within one thousand feet of the real property comprising Wilson Middle School, 1138 Cardenas Drive SE, in Albuquerque, New Mexico.

In violation of 21 U.S.C. § 860, and 18 U.S.C. § 2.

Count 8

On or about September 21, 2022, in Bernalillo County, in the District of New Mexico, the defendants, **RICARDO TORRES-AYALA** and **ADIR ALEJANDRO HERRERA POSADA**, unlawfully, knowingly and intentionally distributed a controlled substance, namely, 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), within one thousand feet of the real property comprising Wilson Middle School, 1138 Cardenas Drive SE, in Albuquerque, New Mexico.

In violation of 21 U.S.C. § 860, and 18 U.S.C. § 2.

### Count 9

On or about May 12, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **RICARDO TORRES-AYALA**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

### Count 10

On or about June 27, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **RICARDO TORRES-AYALA**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

### Count 11

On or about June 27, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **RICARDO TORRES-AYALA**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

## Count 12

On or about August 8, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **RICARDO TORRES-AYALA**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

## Count 13

On or about September 19, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **RICARDO TORRES-AYALA**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

## Count 14

On or about September 19, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **RICARDO TORRES-AYALA**, unlawfully, knowingly and intentionally distributed a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
EYR