# UNITED STATES DISTRICT COURT

for the

District of New Mexico

⌐ NOV -2 PM 4: 3¼

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 23-1623 MLG |
| | ) | |
| JORDAN ANDRADE-VALDEZ, | ) | |
| a.k.a. "Jonathan" | ) | |
| | ) | |
| _Defendant_ | ) | |

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 29 2023

## ARREST WARRANT

MITCHELL R. ELFERS
CLERK

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     JORDAN ANDRADE-VALDEZ, _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § 846: Conspiracy;
Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Distribution of 40 Grams and More of Fentanyl
(N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide);
Count 3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of Heroin; and
Count 7: 21 U.S.C. § 860: Distribution of fentanyl within one thousand feet of an ementary school; 18 U.S.C. § 2: Aiding
and Abetting.

Date:     11/01/2023

_N. Maestas_
_Issuing officer's signature_

City and state:     Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
_Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_  11/2/2023 , and the person was arrested on _(date)_  11/29/2023 at _(city and state)_     Albuquerque, N M . |
| Date:  11/29/2023 |

_Arresting officer's signature_

X  Travis Craft
_Printed name and title_