IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. 23-1623-MLG |
| vs. | Count 1: 21 U.S.C. § 846: Conspiracy; |
| **JORDAN ANDRADE-VALDEZ, a.k.a. "Jonathon,"** **CARLOS ANDRADE-VALDEZ,** **RICARDO TORRES-AYALA,** **ADIR ALEJANDRO HERRERA POSADA,** **JUAN TREJO-MORA,** **EDGAR GAYTAN-CARRILLO,** **ERNESTO VALLES-SANCHEZ, a.k.a. "VALLES-SANCHEZ,"** **WALEID AZIZEH,** **MAYRA NAVARRO-BORBOA,** **AIDA OLIVAS-ORNELAS,** **DAVID SAENZ-PALACIOS,** **CONCEPCION GABRIELA GARCIA-AQUINO,** and **JOSE MALDONADO-GODINA,** | Counts 2, 4, 5: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Distribution of 40 Grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide); Count 3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of Heroin; Counts 6, 9, 10, 13: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Distribution of 400 Grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide); Counts 7, 8: 21 U.S.C. § 860: Distribution of Fentanyl within One Thousand Feet of an Elementary School; 18 U.S.C. § 2: Aiding and Abetting; Counts 11, 12, 14: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Distribution of 50 Grams and More of Methamphetamine. |
| Defendants. | |

## ORDER UNSEALING CASE

THIS MATTER having come before the Court on the motion of the United States to unseal the instant case, and the Court being fully advised in the premises, FINDS that the case should be unsealed.

IT IS THEREFORE ORDERED that the instant case be unsealed.

11/30/2023
Date

THE HONORABLE KAREN B. MOLZEN
U.S. MAGISTRATE JUDGE