IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:23-cr-01623-MLG-1 |
| | ) | |
| JORDAN ANDRADE-VALDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT JORDAN ANDRADE-VALDEZ' SENTENCING MEMORANDUM**

COMES NOW Defendant, Jordan Andrade-Valdez, by and through his attorney,

Frederick D. Jones, Jr., and submits this Sentencing Memorandum to assist the Court in its

determination of a sentence consistent with the parties' plea agreement entered into on October

29, 2025.  As provided below, the Defendant requests that this Court sentence him pursuant to

the terms of the agreement.

**I. The Present Offense**

According to the Presentence Investigation Report (PSR), beginning as early as 2020,

Homeland Security investigations and DEA agents identified a drug trafficking organization

allegedly operated by David Mendoza-Enriquez.  Undercover drug purchases of small amounts

of fentanyl from Jordan led Agents to then believe that Jordan was a partner of Mendoza-

Enriquez.  In late 2020, contact was lost with Jordan.  It was not until later in 2022 that Agents

received information that Jordan was associated with an organization that was trafficking drugs.

Following Mendoza-Enriquez' arrest in 2023, the Agents believed that Jordan continued to sell

drugs until he was arrested on November 29, 2023.

On January 9, 2024, the Government filed a Superceding Indictment against Jordan charging him with four (4) counts; Counts 1 (Conspiracy), Count 5 (Distribution of 40 Grams and More of Fentanyl), Count 6 (Distribution of Heroin), and Count 10 (Distribution of Fentanyl within One Thousand Fee of an Elementary School).

On October 29, 2025, Jordan pled guilty to the aforementioned charges and the added charge of Prohibited Person in Possession of a Firearm and Ammunition.  Clearly Jordan has taken full responsibility for the acts that are alleged to have occurred between 2020 and 2023.

## II.  Personal Background

As documented by the Presentence Investigation Report, Jordan had a good but somewhat difficult childhood in not having the nurturing and guidance of his hard working parents who were too preoccupied with making ends meet then to tend with the educational or emotional needs of their children.  While his father lived and worked in the United States, he lived with his mother and grandmother in Mexico.  Ultimately, however, Jordan came to the United States, lived briefly with his father, and managed to graduate from Highland High School here in Albuquerque.  His parents are living and currently work for hotels.  During his early childhood he was primarily raised by his grandmother, who continues to reside in his home country of Mexico. Despite their difficult financial times and the surprise and disappointment they felt when Jordan was arrested, Jordan's family (his parents and his siblings) have all remained very supportive.

He has a four-year-old son who means the world to him.  Prior to and during his incarceration he was and remains a very supportive and loving father.  Unfortunately, he made

the very wrong decision of trying and support his son, his wife, and his grandmother by selling drugs. His ambition was to open a tire shop and run a legitimate business. Indeed, he was buying and selling cars and actively making an attempt to establish a tire shop when he was arrested on the instant charges. From all accounts Jordan has always been a caring and loving father who's primary concern has always been for the care, upbringing and support of his child.

Paragraph 122 of the PSR very clearly states Jordan's sentiment:

> As to goals, the defendant advised he wants to devote himself to his son and be a good example to him. He also indicated that he is amenable to doing any programs that are available to him. The Defendant stated he does not ever want to be involved in selling or consuming drugs and would like to change his life for the better. He acknowledged that his actions in the instant offense have affected his son, parents, and grandmother. The defendant noted that he financially supported his grandmother and since his incarceration, her livelihood has been significantly impacted. Finally, the defendant is very sorry for his actions in the instant case.

The incidents for which Jordan has pled guilty, and accepted responsibility for, occurred nearly three (3) years ago. Since that time he has been incarcerated and has devoted his energy on trying to stay mentally, spiritually and physically healthy. His thoughts are primarily on concerns on his family and staying positive about living a productive law-abiding life upon his return to Mexico. Jordan has always desired to work for a living, whether it be washing dishes, bussing tables, cooking, construction, buying and selling vehicles, or working at a tire shop. His greatest desire is to be a great nurturing and responsible father to his son. He is the first to acknowledge that his indiscretion which led to the present charges back in 2023 were the biggest mistakes of his life. Today, however, and has made a firm commitment to always do the right thing and not be influenced by others, "no matter what it takes."

Jordan is a 30 years of age.  His criminal history only includes a conviction on April 25, 2023 for two (2) Driving While Under the Influence of Liquor and/or Drug charges, for which he was placed on probation.  He has never served a period of incarceration.  He has never been charged with a violent offense and he is simply a young man who made a very wrong decision to become engaged in selling drugs.  A decision he deeply regrets, not simply because he got caught and charged.  He understands and appreciates that selling drugs is wrong and destructive to the lives of those who use the drugs he sold.  He has a greater appreciation for the human and destructive side of the drug trafficking business and deeply regrets his involvement in it.

Jordan has had a long nearly three (3) years in the Cibola County Correctional Center, thinking, praying and planning on how to be productive and of the greatest benefit to his family and his community.  He certainly is committed to never repeat the past mistakes of his life.  I truly trust that Jordan is sincere and will never resort to crime, alcohol or drugs regardless of the difficulties presented in life.  I respectfully urge the Court to give Jordan the opportunity to return to his family and to his community, sooner than later, so he can soon become the best father, son, and person he can possibly be.

.                                                **CONCLUSION**

Based on the foregoing, Mr. Jordan Andre-Valdez respectfully requests the Court impose a sentence of no greater than the 180 months.  Such a sentence is sufficient, reflects the seriousness of the offenses, promotes respect for the law, affords adequate deterrence to criminal conduct, and provides just punishment for the offenses.  Furthermore, such a sentence is consistent with the terms of his plea agreement with the Government and is sufficient but not greater than necessary to comply with the statutory directives set forth in 18 U.S.C. Section

3553(f)(1)-(5) and USSG Section 5C1.2.(e).

Respectfully submitted,

/s/ Frederick Jones Jr.
Frederick D. Jones, Jr.
Attorney for Defendant
P.O. Box 4131
Albuquerque, New Mexico 87196
fjones1008@comcast.net
(505) 242-7100 and (505) 550-5064

I HEREBY CERTIFY that on the 28th day of May, 2026, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means.

/s/ Frederick Jones Jr.